UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GESELA WOODS,

    Plaintiff,                                  Case No. 13-cv-14094
                                              Hon. Matthew F. Leitman

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF #14), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #12), AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #8)**

On February 3, 2015, Magistrate Judge Michael J. Hluchaniuk issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff Gesela Woods' Motion for Summary Judgment (ECF #8) and grant the Defendant Commissioner of Social Security's Motion for Summary Judgment (ECF #12). (*See* ECF #14.)  The R&R stated that the parties could object to and seek review of the recommendation within fourteen days.  (*See id.* at 19-20, Pg. ID 334-335.)

Neither party has objected to the R&R.  Failure to file objections to the R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).  Likewise, the failure to object to the

1

Magistrate Judge's R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). The Court has nevertheless reviewed the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's February 3, 2015, Report and Recommendation (ECF #14) is **ADOPTED** as the Opinion of this Court. **IT IS FURTHER ORDERED**, for the reasons stated in the R&R, that Plaintiff's January 16, 2014, motion for summary judgment (ECF #8) is **DENIED**, and that Defendant's April 30, 2014, motion for summary judgment (ECF #14) is **GRANTED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: February 23, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 23, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(313) 234-5113